**FILED** JUL 06 2017
Clerk, Superior Court of the District of Columbia Small Claims Branch

3 pages 1/3
Small Claims Form 11

# Superior Court of the District of Columbia
## CIVIL DIVISION
SMALL CLAIMS AND CONCILIATION BRANCH
Bldg. B, 510 4th Street, N.W., RM-120
WASHINGTON, D.C. 20001   TELEPHONE 879-1120

Araba J. Harris (Plaintiff)
1435 4th St SW #B508
Wash DC 20024
Phone No. 2/5548782

vs.

(1) Officer Wilson – US Postal Police
(2) Sergeant JR Bush – US Postal Police
(3) U.S. Postal Police

No. SC 2017 SC1 003366

## STATEMENT OF CLAIM

US Post Office

On July 7, 2016   45 L St SE.   $500.00
I went to buy stamps with my signed credit card and was assaulted by Officer Wilson. At GWU Hospital – Postal Inspector Nusbaum – #361530 + Edward is such say me

DISTRICT OF COLUMBIA, ss:   ARABA J HARRIS   being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Araba J. Harris (signature)
Plaintiff/Agent (Sign and Print Name)
Title: /

Address: 1435 4th St SW #B508
City/State/Zip Code: WDC 20024
Phone No.: 2/554 8782

Subscribed and sworn to before me this 6th day of July, 2017

Seoyuon Kwan
Deputy Clerk (or notary public)

Attorney for Plaintiff (Sign and Print Name)
Address:
Zip Code:
Bar No.:
Phone No.:

### NOTICE (All parties must notify the court of any address changes.)

To (1) US Postal Police
Sergeant JR Bush — Defendant #1028
900 Brentwood Rd NE
Address: WDC 20066-0096
☐ Home  ☒ Business

(2) Officer Wilson – US Postal Police — Defendant #828
900 Brentwood Rd
WDC 20066-0096
☐ Home  ☒ Business

You are hereby notified that ARABA J. HARRIS has made a claim and is requesting judgment against you in the sum of five hundred dollars   dollars ($500.00) as shown by the foregoing statement. The court will hold a hearing upon this claim on July 27, 2017

at 9:00 a.m. in the Small Claims and Conciliation Courtroom 119, Bldg. B, 510 4th Street N.W.

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS. BRING THIS NOTICE WITH YOU AT ALL TIMES.

**EXHIBIT A**

## INSTRUCTIONS TO DEFENDANTS

IMPORTANT: IF YOU FAIL TO APPEAR AT THE TIME STATED OR AT ANY OTHER TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY, DAMAGES OR OTHER RELIEF DEMANDED IN THE STATEMENT OF CLAIM. IF THIS OCCURS, YOUR WAGES OR BANK ACCOUNT MAY BE ATTACHED OR WITHHELD OR ANY PERSONAL PROPERTY OWNED BY YOU MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. DO NOT FAIL TO APPEAR AT THE REQUIRED TIME.

Before any case goes to trial in the Small Claims and Conciliation Branch, a trained mediator will meet with all parties to see if a settlement can be worked out. If all parties are present when your case is called, you and the plaintiff will be able to see a mediator and hopefully settle your dispute without having to go to trial.

You may come with or without a lawyer. The Statement of Claim indicates whether the plaintiff has a lawyer. If the plaintiff does have a lawyer and you wish to dispute the claim, it would be in your best interest to have your own lawyer.

If you wish to have legal advice and feel that you cannot afford to pay a fee to a lawyer, you may contact the Neighborhood Legal Services Program at (202) 269-5100, the DC Law Students In Court Program at (202) 638-4798, Legal Counsel for the Elderly at (202) 434-2170 or the Legal Aid Society at (202) 628-1161. If you need further help, come to Building B, 510 4th Street, N.W., Room 120, for more information concerning places where you may ask for such help. You may also consult the legal aid directory on www.lawhelp.org/dc. Act promptly.

If it is impossible for you to appear on the date of trial, attempt to contact the Plaintiff to arrange a new date. If parties agree on a date, notify the clerk of the Small Claims Branch of this court in person or by phone of the new date. If parties cannot agree, you may contact the clerk who will inform you regarding procedures. If you do not appear on the new date, a judgment may be entered against you.

Whenever corresponding with the Small Claims clerk's office by mail, please include your case number and your date to appear in court.

You are given the following additional instructions in the event that you intend to appear without a lawyer:

If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing.

If you wish to have witnesses summoned, see the clerk at once for assistance.

If you admit the claim but desire additional time to pay, you must come to the hearing in person and state the circumstances to the Court.

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPAÑOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DEL COLUMBIA, BUILDING B, 510 4TH STREET N.W., SALA 120.

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C. BUILDING B, 510 4TH STREET N.W., ROOM 120.

D.C. Courts Home

# Court Cases Online

Case Search for: 2017 SC1 003366

**Click here to view search criteria**

Search retrieved 1 case in less than a second.

All retrieved cases available for view

**Click here to view search results**

Viewing single case; Details retrieved in less than a second.

**Click here to view case summary**

| 2017 SC1 003366: HARRIS, ARABA J Vs. WILSON, OFFICER, et al. | |
|---|---|
| Case Type: Sml Clms <=$500 | File Date: 07/06/2017 |
| Status: Open | Status Date: 07/06/2017 |
| Disposition: Undisposed | Disposition Date: |

| Party Name | Party Alias(es) | Party Type | Attorney(s) |
|---|---|---|---|
| HARRIS, ARABA J | | Plaintiff | PRO SE |
| WILSON, OFFICER | | Defendant | |
| BUSH, SERGENT J R | | Defendant | |

| Schedule Date | Schedule Time | Description |
|---|---|---|
| 07/27/2017 | 09:00 AM | Initial Hearing |

| Docket Date | Description | Messages |
|---|---|---|
| 07/18/2017 | Affidavit Forwarded for Review | Affidavit Forwarded for Review - No printed name and no date of delivery. Signature is not legible. |
| 07/18/2017 | Statement of Claim/Certified Mail Receipt of Service Filed | Statement of Claim/Certified Mail Receipt of Service Filed - No printed name and no date of delivery. Signature is not legible. SERGENT J R BUSH (Defendant); |
| 07/17/2017 | Affidavit Forwarded for Review | Affidavit Forwarded for Review: Uknown served on behalf of Officer Wilson. Signature Illegible. No printed name. No date of delivery. |
| 07/17/2017 | Statement of Claim/Certified Mail Receipt of Service Filed | Statement of Claim/Certified Mail Receipt of Service Filed OFFICER WILSON (Defendant); |
| 07/06/2017 | Event Scheduled: | Event Scheduled: Event: Initial Hearing Date: 07/27/2017 Time: 9:00 am Judge: BRENNEMAN, DIANE M Location: Small Claims Courtroom B-119 |
| 07/06/2017 | Service of Statement of Claim by Certified Mail Issued | Service of Statement of Claim by Certified Mail Issued to Sergent J R Bush ARABA J HARRIS (Plaintiff); Receipt: 121249 Date: 07/06/2017 |
| 07/06/2017 | Service of Statement of Claim by Certified Mail Issued | Service of Statement of Claim by Certified Mail Issued to Officer Wilson ARABA J HARRIS (Plaintiff); Receipt: 121249 Date: 07/06/2017 |
| 07/06/2017 | Complaint for Personal Property Filed | Complaint for Personal Property Filed ARABA J HARRIS (Plaintiff); Receipt: 121249 Date: 07/06/2017 |

| Receipt # | Date | From | Payments | | Fee | | Amount Paid |
|---|---|---|---|---|---|---|---|
| 121249 | 07/06/2017 | ARABA HARRIS | Cc | $18.48 | Cost | $18.48 | $18.48 |